**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CRIMINAL CASE NO. 21-11-DLB-EBA**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                                             <u>**ORDER**</u>

**DANNY E. HALL**                                                        **DEFENDANT**

*****************

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Edward B. Atkins (Doc. # 18), wherein he recommends that Defendant Hall's Motion to Suppress (Doc. # 14) be denied. No objections have been filed, and the time for doing so has passed. The Court has reviewed the Report and Recommendation, and concludes that it is sound in all respects and will be adopted as the opinion of the Court. Accordingly,

**IT IS ORDERED** as follows:

(1) The Report and Recommendation of the United States Magistrate Judge (Doc. # 18) is **adopted** as the findings of fact and conclusions of law of the Court;

(2) Defendant Hall's Motion to Suppress (Doc. # 14) is **DENIED**;

(3) The time period between the filing of the motion and this Order, totaling one-hundred ninety-three (193) days, is deemed **excludable time** pursuant to 18 U.S.C. § 3161(h)(1)(D); and

(4) This matter is set for a **status conference** on April 25, 2022 at 10:30 a.m. in Ashland.

This 13th day of March, 2022.



Signed By:
*David L. Bunning*
United States District Judge

K:\DATA\ORDERS\Ashland Criminal\2021\21-11 Order re R&R MTS.docx